

# Case Assignment
## Standard MiscellaneousAssignment

Case number **1:10MC-1-R**

Assigned : Chief Judge Thomas B. Russell
Judge Code : 4413

　　　　　　　　　　　　Assigned on 01/25/2010

[ Request New Judge ] ..... [ Return ]

*Misc case*

*Lee Pd*
*1/25/10*

*B33000969*